CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
COMANDATE MARINE CORP.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
COMANDATE MARINE CORP.,

      Plaintiff,

      08 CV _____ ( ___ )

 v.

      **RULE 7.1 STATEMENT**

BULK MARINE LTD.,

      Defendant.
-------------------------------------------------------------X

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, COMANDATE MARINE CORP., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Port Washington, New York
   January 18, 2008

          CHALOS, O'CONNOR & DUFFY, LLP
          Attorneys for Plaintiff,
          COMANDATE MARINE CORP.

By: _/s/ Owen F. Duffy_____
    Owen F. Duffy (OD-3144)
    George E. Murray (GM-4172)
    366 Main Street
    Port Washington, New York 11050
    Tel: (516) 767-3600
    Fax: (516) 767-3605