CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
COMANDATE MARINE CORP.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

**JUDGE CHIN**

**08 CV 00503**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COMANDATE MARINE CORP.,

        Plaintiff,

    v.

BULK MARINE LTD.,

        Defendant.
------------------------------------------------------------X

08 CV ____ (____)

**ORDER APPOINTING A SPECIAL PROCESS SERVER**

An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the affidavit of Owen F. Duffy, sworn to the 18th day of January, 2008, and good cause having been shown, it is hereby

**ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of, the Defendant, BULK MARINE LTD.

Dated: New York, New York
       January 18, 2008

SO ORDERED:

_____
U. S. D. J.