CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff,
COMANDATE MARINE CORP.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

COMANDATE MARINE CORP.,

           Plaintiff,

   v.

BULK MARINE LTD.,

           Defendant.
-------------------------------------------------X

08 CV 503 (DC)

**NOTICE OF
VOLUNTARY
DISMISSAL**

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff, COMANDATE MARINE CORP., as to the Defendant BULK MARINE LTD. pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
       February 14, 2007

                                      CHALOS, O'CONNOR & DUFFY LLP
                                      Attorneys for Plaintiff,
                                      COMANDATE MARINE CORP.

                               By: _____

Owen F. Duffy (OD-3144)
366 Main Street
Port Washington, New York 11050
Tel:     516-767-3600
Telefax: 516-767-3605

**SO ORDERED:**

Dated: New York, New York
       February 21, 2008

_____
Hon. Denny Chin, U.S.D.J.